UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20264 CR-KING
MAGISTRATE JUDGE
BANDSTRA

IN RE SEALED INDICTMENT

_____/

FILED by _____ D.C.
MAR 26 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO SEAL

The United States respectfully requests that the indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant, or further order of the Court, excepting the United States Attorney's Office, which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause. In support of its motion, the United States avers as follows:

If the indictment, arrest warrants, and/or any resulting orders are not sealed, the defendants might flee and the integrity of the ongoing investigation might be compromised. If the indictment and arrest warrants are not sealed, the defendants may learn of the indictment or arrest warrants and flee to avoid prosecution.

Accordingly, the United States respectfully requests that the indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant, or further order of the Court.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
Russell Koonin
Assistant United States Attorney
Fla. Bar. No. 0474479
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9314
Fax: (305) 530-7087
russell.koonin@usdoj.gov