UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20264-CR-KING



21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JUNIOR SYLVIN,
    a/k/a "Rah Rah,"
EMMANUEL OTHELLO,
    a/k/a/ "Mono,"
NIKO THOMPSON,
ZIV BYTHOL,
    a/ka/ "Leven,"
TARVUS DANIELS,
FRANTZ STERLIN,
CHRIS VICTOR,
    a/k/a "Fufa," and
ERIC TAYLOR,
    a/k/a "E,"

    Defendants.
_____/



## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as November 17, 2008, and continuing through on or about January 8, 2009, in Miami-Dade County, in the Southern District of Florida, the defendants,

JUNIOR SYLVIN,
a/k/a "Rah Rah,"
EMMANUEL OTHELLO,
a/k/a "Mono,"
CHRIS VICTOR,
a/k/a/ "Fufa,"

**FRANTZ STERLIN,**
**and**
**ERIC TAYLOR,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base.

## COUNT 2

Beginning at least as early as November 17, 2008, and continuing through on or about January 8, 2009, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JUNIOR SYLVIN,**
**a/k/a "Rah Rah,"**
**EMMANUEL OTHELLO,**
**a/k/a "Mono,"**
**and**
**NIKO THOMPSON,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title

21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

Beginning at least as early as November 17, 2008, and continuing through on or about January 8, 2009, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JUNIOR SYLVIN,**
a/k/a "Rah Rah,"
**EMMANUEL OTHELLO,**
a/k/a "Mono,"
and
**ZIV BYTHOL,**
a/k/a "Leven,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

Beginning at least as early as June 18, 2008, and continuing through on or about December 8, 2008, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JUNIOR SYLVIN,**
a/k/a "Rah Rah,
and
**TARVUS DANIELS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base.

## COUNT 5

From on or about December 8, 2008, through on or about December 9, 2008, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JUNIOR SYLVIN,**
a/k/a "Rah Rah,"
and
**EMMANUEL OTHELLO,**
a/k/a "Mono,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 6

On or about December 9, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JUNIOR SYLVIN,**
**a/k/a "Rah Rah,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 7

On or about December 9, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JUNIOR SYLVIN,**
**a/k/a "Rah Rah,"**

did knowingly carry a firearm during and in relation to a drug trafficking crime, and did possess said firearm in furtherance of a drug trafficking crime, which is a felony prosecutable in a court of the United States, specifically, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 5 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 8

On or about December 9, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ZIV BYTHOL,**
**a/k/a "Leven,"**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 9

On or about September 5, 2007, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FRANTZ STERLIN,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base.

## COUNT 10

On or about September 12, 2007, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FRANTZ STERLIN,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base.

## COUNT 11

On or about November 7, 2007, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FRANTZ STERLIN,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base.

## COUNT 12

On or about April 28, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FRANTZ STERLIN,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base.

## COUNT 13

On or about June 18, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JUNIOR SYLVIN,**
**a/k/a "Rah Rah,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base.

## COUNT 14

On or about November 25, 2008, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JUNIOR SYLVIN,**
a/k/a "Rah Rah,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE

1. The allegations of Counts 1 through 14 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

2. Upon conviction of any violation of Title 21, United States Code, Sections 846 and 841, as alleged in Counts 1 - 5 and 8 - 14 of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violation and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violation, including, but not limited to:

   1) one 2001 Silver Chevrolet Monte Carlo, VIN# 2G1WX15KX19116974; and

9

2) one 2007 Black Buick, VIN# 1G4HD57237U197272.

3) Upon conviction of any violation of Title 18, United States Code, Section 922(g)(1) or 924(c)(1)(A) as alleged in Counts 6 or 7 of the Indictment, the defendant JUNIOR SYLVIN, a/k/a "Rah Rah," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the commission of said violation, including, but not limited to:

1. One Heckler and Koch .40 caliber semi-automatic revolver, Serial # 26-0126604;

2. 12 rounds of Winchester .40 caliber ammunition; and,

3. One round of Federal Cartridge .40 caliber ammunition.

All pursuant to Title 18, United States Code, 924(d)(1); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

A TRUE BILL

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
RUSSELL KOONIN
ASSISTANT UNITED STATES ATTORNEY

10

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

JUNIOR SYLVIN, et al.,

           **Defendants.**
_____/

CASE NO. _____

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

- _X_ Miami          ___ Key West
- ___ FTL            ___ WPB          ___ FTP

New Defendant(s)         Yes ___  No ___
Number of New Defendants     ___
Total number of counts       ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect

4. This case will take  _7-10_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I   | 0 to 5 days    | ___ |
   | II  | 6 to 10 days   | _X_ |
   | III | 11 to 20 days  | ___ |
   | IV  | 21 to 60 days  | ___ |
   | V   | 61 days and over | ___ |

   (Check only one)

   | | |
   |---|---|
   | Petty   | ___ |
   | Minor   | ___ |
   | Misdem. | ___ |
   | Felony  | ___ |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     ___ Yes   _X_ No

           _____
           RUSSELL KOONIN
           ASSISTANT UNITED STATES ATTORNEY
           Florida Bar No. 0474479

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JUNIOR SYLVIN, a/k/a "Rah Rah"

**Case No:**

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine/Cocaine Base

Title 21, United States Code, Section 846

\* **Max. Penalty:** 40 Years' Imprisonment

Counts #: 2 - 3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

\* **Max. Penalty:** 40 Years' Imprisonment

Count #: 4

Conspiracy to Possess with Intent to Distribute Cocaine Base

Title 21, United States Code, Section 846

\* **Max. Penalty:** Life Imprisonment

Count #: 5

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

\***Max. Penalty:** 40 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Page 2 of 2

**Defendant's Name**: <u>JUNIOR SYLVIN, a/k/a "Rah Rah"</u>

Count #: 6

<u>Felon in Possession of a firearm of ammunition</u>

<u>Title 18, United States Code, Section 922(g)(1)</u>

***Max. Penalty:** 10 Years' Imprisonment

Count #: 7

<u>Possession of a firearm in furtherance/during and in relation to, a crime of violence</u>

<u>Title 18, United States Code, Section 924(c)(1)(A)</u>

***Max. Penalty:** Life Imprisonment

Count #: 13

<u>Possession with Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 841(a)(1)</u>

***Max. Penalty:** 40 Years' Imprisonment

Count #: 14

<u>Possession with Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 841(a)(1)</u>

***Max. Penalty:** 20 Years' Imprisonment

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** EMANUEL OTHELLO, a/k/a "Mono'

**Case No:**

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine/Cocaine Base

Title 21, United States Code, Section 846

* **Max. Penalty:** 40 Years' Imprisonment

Counts #: 2 - 3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

***Max. Penalty:** 40 Years' Imprisonment

Count #: 5

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

***Max. Penalty:** 40 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** NIKO THOMPSON

**Case No:**

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

* **Max.Penalty:** 40 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ZIV BYTHOL, a/k/a "Leven"

Case No:

Count #: 3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

* Max. Penalty: 40 Years' Imprisonment

Count #: 8

Attempted Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

*Max. Penalty: 40 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **TARVUS DANIELS**

Case No:_____

Count #: 4

Conspiracy to Possess with Intent to Distribute Cocaine Base

Title 21, United States Code, Section 846

*Max. Penalty: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: FRANTZ STERLIN

Case No:

Counts #: 1

Conspiracy to Possess with Intent to Distribute Cocaine/Cocaine Base

Title 21, United States Code, Section 846

* Max.Penalty: 40 Years' Imprisonment

Counts #: 9 - 12

Possession with Intent to Distribute Cocaine Base

Title 21, United States Code, Section 841(a)(1)

* Max.Penalty: 40 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: CHRIS VICTOR , a/k/a "Fufa"

Case No:_____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine/Cocaine Base

Title 21, United States Code, Section 846

* Max.Penalty: 40 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ERIC TAYLOR, a/k/a "E"

Case No:

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine/Cocaine Base

Title 21, United States Code, Section 846

*Max.Penalty: 40 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.