UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-20072-CIV-KING/WHITE

NIKO CANCIO THOMPSON,

        Movant,

vs.

UNITED STATES OF AMERICA,
        Respondent.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Magistrate Judge Patrick A. White's November 22, 2016, Report and Recommendation (the "R&R") (DE 48), which recommends that Movant NIKO CANCIO THOMPSON's Motion to Vacate, Set Aside, or Correct Sentence (DE 44) be dismissed, that no certificate of appealability issue, and that the case be closed.

The Court has performed a *de novo* review in addition to its review of the underlying motion.[1] Upon consideration of the record and the R&R, the Court finds that Magistrate Judge White's well-reasoned, thorough R&R accurately states the law and facts of the case.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED:**

---

[1] No objections were filed by the Movant, and the time to do so has passed.

1

1. Magistrate Judge Patrick A. White's November 22, 2016, Report and Recommendation **(DE 48)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Movant's Motion to Vacate, Set Aside, or Correct Sentence **(DE 44)** be, and the same is, hereby **DENIED**.

3. All pending motions are **DENIED** as **MOOT**.

4. No certificate of appealability shall issue.

5. The Clerk of Court shall **CLOSE** this case.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of December, 2016.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: **Magistrate Judge Patrick A. White**
**All counsel of record**
**Niko Cancio Thompson,** *Pro Se*